# Court of Appeals
# of the State of Georgia

ATLANTA, May 26, 2015

*The Court of Appeals hereby passes the following order:*

**A15A0661. HAMBY et al. v. AGGEORGIA FARM CREDIT, ACA.**

The appellants filed this notice of direct appeal from the trial court's order dismissing their October 24, 2013 notice of appeal from an order denying their motion for reconsideration. The appellants had sought reconsideration of the trial court's grant of summary judgment to the appellee. Because the appellants were not entitled to file a direct appeal, this appeal is dismissed.

As the trial court recognized, the October 24, 2013 notice of appeal was not a properly filed direct appeal, as it sought to appeal an order denying the appellants' motion for reconsideration. A trial court's denial of a motion for reconsideration is not subject to direct appeal. *Bell v. Cohran*, 244 Ga. App. 510, 511 (536 SE2d 187) (2000). In addition, the filing of such a motion does not extend the time for appealing the underlying judgment – in this case, the August 30, 2013, order granting the appellee summary judgment. See id. The appellants' October 24, 2013, notice of appeal, therefore, was invalid as to the order denying their motion for reconsideration and untimely as to the order granting the appellee summary judgment.

"[A] trial court's order dismissing a properly filed direct appeal is itself subject to a direct appeal. Conversely, . . . a trial court's order dismissing an improperly filed direct appeal . . . is not subject to a direct appeal." *American Medical Security Group v. Parker*, 284 Ga. 102, 103 (2) (663 SE2d 697) (2008) (citations omitted). Because the October 24, 2013 notice of appeal was not a properly filed direct appeal, the order dismissing it is not subject to a direct appeal, and this appeal is therefore ***DISMISSED***.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,*_____05/26/2015_____
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____*Stephen E. Castlen*_____, *Clerk.*